**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1340**

_____

LISA BLACKMAN SPEACH,

Plaintiff - Appellant,

v.

BON SECOURS HEALTH SYSTEM, INC., a/k/a Bon Secours St. Francis,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville. Henry M. Herlong, Jr., Senior District Judge. (6:22-cv-00884-HMH)

_____

Submitted: August 24, 2023                    Decided: August 28, 2023

_____

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Lisa Blackman Speach, Appellant Pro Se. Thomas Alan Bright, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Greenville, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa Blackman Speach appeals the district court's order accepting the magistrate judge's recommendation to grant Defendant summary judgment on Speach's discrimination, harassment, retaliation, and constructive discharge claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and to deny as moot Speach's motion to compel. On appeal, we confine our review to the issues raised in the Appellant's informal brief, *see* 4th Cir. R. 34(b), as well as to those issues properly preserved in the parties' objections to the magistrate judge's recommendations, *see Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017). We have reviewed the record in conjunction with the preserved issues and found no reversible error. Accordingly, we affirm the district court's order. *Speach v. Bon Secours Health Sys., Inc.*, No. 6:22-cv-00884-HMH (D.S.C. Mar. 1, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*